## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00337-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE AURELIO CRUZ-CRUZ,

    Defendant.

_____

## ORDER
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on January 28, 2014, it is

    ORDERED that Defendant Jose Aurelio Cruz-Cruz, is sentenced to TIME SERVED.

    DATED: January 28, 2014

                                  BY THE COURT:

                              _____
                              Christine M. Arguello
                              United States District Judge